# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

Felicia A. Smith,

    Plaintiff,

    v.                                Case No. 2:13–cv–620

Commissioner of Social Security,        Judge Michael H. Watson

    Defendant.

## ORDER

On April 8, 2014, United States Magistrate Judge Kemp, to whom this case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order 14-01 for the Southern District of Ohio Eastern Division, filed a Report and Recommendation concerning the disposition of Felicia A. Smith's ("Plaintiff") Complaint in this Social Security case. ECF No. 16. The Report and Recommendation recommended sustaining Plaintiff's statement of errors "to the extent that this case be [remanded to the] Commissioner of Social Security pursuant to 42 U.S.C. § 405(g), sentence four." *Id.* at 15.

The Report and Recommendation notified the parties of their right to file objections to the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation further specifically advised the parties that the failure to object to the Report and Recommendation within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting

the Report and Recommendation. *Id*. at 15–16. The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the Report and Recommendation is **ADOPTED,** and the case is remanded to the Commissioner.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**